TO:           CLERK OF COURT

FROM:      Cynthia Berry, CSR
               Former Official Court Reporter for 129th
               Current Official Court Reporter for the 334th

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/27/2015 11:45:01 AM

CHRISTOPHER A. PRINE
Clerk

RE:          01-15-00264-CV, Rodney P. Hunt v. Vicky Stovall
               Trial Court Cause Number:  2010-68881

The appeal of this case was originally received by me on 3/24/15.
I can provide a chronology of events if the Court would prefer, but I am including the most recent communication received from Appellant's attorney, Sonya Chandler-Anderson.  It is as follows:

"I am withdrawing I am at a stand still. I have called Mr. Hunts assistant Amy and I have asked her to have him call me he has not.  I have cc her on this email may  be she will get him to call me or pay the fee. Amy  has been informed and sent emails about the fees to pay them and they have not. I think he does not have the money to pay the fees. However, no matter I can not proceed on a case without it, so I am withdrawing. I am trying to file the motion to withdraw, but due to my illness I am so behind. I am sorry

MAY GOD'S WILL BE DONE

Sonya Chandler Anderson Esq.

Law Office of Chandler Anderson and Associates
P.O. Box 2263
Houston, Texas 77252
(281) 905-5020 Cell Telephone
(866) 274-8878 Fax"

I am not sure if she means she is withdrawing as the attorney, or withdrawing the appeal, or both.  No payment has been received, so unless otherwise directed by the Court, I will not be filing the record in this matter.